

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maine

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>*Plaintiff(s)*<br><br>v.<br><br>David M. Yeaton<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-00279-JDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David M. Yeaton
370 Elm Street
Mechanic Falls, ME 04256

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Doonan, Esq.
Reneau J. Longoria, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225 D
Beverly, MA 01915

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     06/19/2019

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00279-JDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Yeaton
was received by me on *(date)* 6-25-19

☒ personally served the summons on the individual at *(place)* 370 Elm St Mechanic Falls ME on *(date)* 6-25-19, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 50.6. for travel and $ 2,2 for services, for a total of $ 60.00

I declare under penalty of perjury that this information is true.

Date:

Server's signature

Deputy Robert Murphy
Printed name and title

2 Turner St Auburn ME
Server's address

Additional information regarding attempted service, etc: