# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>**Plaintiff**<br><br>vs.<br><br>David M. Yeaton<br><br>**Defendant**<br><br><br>National City Bank<br><br>**Party-In-Interest** | CIVIL ACTION NO: 2:19-cv-00279-JDL<br><br>STIPULATION OF DISMISSAL<br><br>RE:<br>370 Elm Street, Mechanic Falls, ME 04256<br><br>Mortgage:<br>May 31, 2007<br>Book 7158, Page 174 |

Pursuant to F.R.Civ. P. 41 (a)(1)(A)(ii), the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and Party-in-Interest, National City Bank, by and through their undersigned counsel, hereby stipulate that this matter shall be dismissed without prejudice and without fees or costs to either party.

| | |
|---|---|
| Dated: September 11, 2020 | /s/John A. Doonan, Esq.<br>John A. Doonan, Esq., Bar No. 3250<br>Attorney for Plaintiff<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 225D<br>Beverly, MA 01915<br>(978) 921-2670<br>JAD@dgandl.com |
| Dated: September 11, 2020 | /s/James M. Garnet, Esq.<br>James M. Garnet, Esq., Bar No. 5035<br>BROCK & SCOTT, PLLC<br>1080 Main Street, Suite 200<br>Pawtucket, RI 02860<br>401-217-8701<br>james.garnet@brockandscott.com |

# CERTIFICATE OF SERVICE

I, John A. Doonan, Esq. hereby certify that on this the 14th day of September, 2020 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com

David M. Yeaton
370 Elm Street
Mechanic Falls, ME 04256

James M. Garnet, Esq.
BROCK & SCOTT, PLLC
1080 Main Street, Suite 200
Pawtucket, RI 02860