## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>        Plaintiff<br><br>        vs.<br><br>David M. Yeaton<br><br>        Defendant<br><br><br>National City Bank<br><br>        Party-In-Interest | CIVIL ACTION NO: 2:19-cv-00279-JDL<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>RE:<br>370 Elm Street, Mechanic Falls, ME 04256<br><br>Mortgage:<br>May 31, 2007<br>Book 7158, Page 174 |

    NOW COMES the Plaintiff in this matter, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, pursuant to F.R.Civ. P. 41 (a)(1)(A)(i) and hereby respectfully requests that this Honorable Court dismiss this matter without prejudice and without fees or costs to either party.  As grounds therefore, Plaintiff states that the matter has been resolved as to Plaintiff and the Party-In-Interest, National City Bank, the only other party who has appeared in this matter.

    WHEREFORE, Plaintiff respectfully requests that this Honorable Court dismiss this matter without prejudice and without costs to either party.

Dated:  September  11, 2020

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq. hereby certify that on this the 14th day of September, 2020 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

David M. Yeaton
370 Elm Street
Mechanic Falls, ME 04256

James M. Garnett
1080 Main Street, Suite 200
Pawtucket, RI 02860